1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

EDWARD RANDOLPH DAYTON,

Case No. 2:23-cv-02362-TLN-KJN

12

    Plaintiff,

    vs.

**ORDER GRANTING DEFENDANT CITY OF FAIRFIELD'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

13
14

CITY OF FAIRFIELD, NATHAN STRICKLAND, FRANK PIRO, RICHARD MROZ, ROBERT RAMIREZKIRGAN, JIMMIE WILLIAMS,

15
16

    Defendants.

17
18
19

**ORDER**

20

        The City's *ex parte* application filed on January 4, 2024, is GRANTED.  The complaint-

21

response deadline is extended by 14 days to January 22, 2024.

22

        IT IS SO ORDERED.

23

Dated:  January 8, 2024

24
25

dayt.2362

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

26
27
28