1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11    EDWARD R. DAYTON,                    No.  2:23-cv-02362-TLN-KJN

12              Plaintiff,

13         v.                              **ORDER**

14    CITY OF FAIRFIELD, et al.,

15              Defendants.

16

17        Each of the parties in the above-captioned case has filed a

18    "Consent to Proceed Before a United States Magistrate." See 28

19    U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the

20    district court judge assigned to the case and the magistrate

21    judge must approve the reference to the magistrate judge.

22        The undersigned has reviewed the file herein and recommends

23    that the above-captioned case be assigned and referred to the

24    magistrate judge for all further proceedings and entry of final

25    judgment.

26        IT IS HEREBY ORDERED that the Clerk of the Court reassign

27    this case to the Honorable Kendall J. Newman, Magistrate Judge.

28    The parties shall take note that all documents hereafter filed

                                    1

1 │ with the Clerk of the Court shall bear case number **2:23-cv-02362-**

2 │ **KJN**.  All currently scheduled dates presently set before Judge

3 │ Nunley are hereby VACATED.

4 │　　　　DATED: January 31, 2024

_____
Troy L. Nunley
United States District Judge

10 │　　　　Having also reviewed the file, I accept reference of this

11 │ case for all further proceedings and entry of final judgment.

12 │ Dated:  February 1, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2